Law Offices of
## MEYER & NUÑEZ
150 West Flagler Street
Suite 2700
Miami, Florida 33130

**David A. Nuñez, Esq.**  (T) 305-722-9898
Also Admitted to N.Y. Bar  (F) 305-371-9197

January 26, 2015

<u>By ECF</u>

The Honorable Sterling Johnson
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Jorge Humberto Espitia Arciniegas
     and Carlos Andres Espitia Garcia
     <u>Criminal Docket No. 13-CR-00461 (SJ)</u>

Dear Honorable Judge Johnson:

  Defendants Jorge Humberto Espitia Arciniegas and Carlos Andres Espitia Garcia are scheduled to appear before this Honorable Court for a status conference on January 30, 2015, at 9:30 a.m. Undersigned counsel has a conflict in his schedule in that he is scheduled to meet with Assistant U.S. Attorney Kurt Lunkenheimer of the Southern District of Florida and United States' DEA Agents whom are stationed in Bogota, Colombia, and are flying to Miami, Florida, for a one day debriefing of undersigned's client in a Federal matter filed in the Southern District of Florida. Due to the nature of the subject trip, the Federal criminal matter is not disclosed herein. Further, undersigned counsel spoke with Assistant U.S. Attorney Adrian Rosales, who confirmed that he has no objection to the granting of the subject request, however, as to the above referenced Defendants only.

  This request is filed in good faith and is not intended to hinder or delay proceedings in the instant matter. Undersigned counsel, as well as Assistant U.S. Attorney Adrian Rosales, are available on February 24th, 25th and 26th, should this Honorable Court grant this request.

               Respectfully submitted,

               David A. Nunez, Esquire

cc: Assistant United States Attorney Adrian Rosales